IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD GENE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26cv500 |
| | ) | |
| DET. D.T. KROH et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 1, 2026, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous, failing to state a claim upon which relief may be granted, and/or seeking monetary relief against a defendant who is immune from such relief except as to Plaintiff's claims related to his dental care and the treatment of his restless leg syndrome involving Defendants Cash, Wellpath, and Rogers. Those claims may proceed. To the extent the complaint may contain malicious prosecution claims, dismissal is without prejudice as to those claims.

/s/ Thomas D. Schroeder
United States District Judge

August 20, 2026